# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, J.P. ELLINGTON**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### KALVIN H. CACKLER
### AVIATION SURVIVAL EQUIPMENTMAN SECOND (E-5), U.S. NAVY

### NMCCA 201500319
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 9 June 2015.
**Military Judge**: CDR Marcus M. Fulton, JAGC, USN.
**Convening Authority**: Commanding Officer, Patrol Squadron NINE (VP-9), Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: LTJG Kurt Siegal, JAGC, USN.
**For Appellant**: LCDR Ryan Mattina, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**28 January 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court